IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| MICHAEL KEVIN PRO, | ) |
| Plaintiff, | ) |
| v. | ) CV 625-016 |
| JACOB BEASLEY; WILLISHA WARREN; MICHAEL SNOWDEN; SHANNON SHEFFIELD; MIKELL NAIL; TIFFANY LASHAWN; VALENCIA SMITH; LAUREN TEW; HEATHER M. HOWARD; MS. DAVIS; and ZERKEL, | ) |
| Defendants. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES** Plaintiff's request to proceed *in forma pauperis*, (doc. no. 2), **DENIES AS MOOT** the motion to appoint counsel, (doc. no. 13), **DISMISSES** this action without prejudice, and **CLOSES** this civil action. If Plaintiff wishes to proceed with the claims raised in this case, he should be required to initiate a new lawsuit, which would require submission of a new complaint. See Dupree v. Palmer, 284 F.3d 1234, 1236 (11th Cir. 2002).

SO ORDERED this _7th_ day of May, 2025, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA