IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

MICHAEL KEVIN PRO,                )
                                  )
    Plaintiff-Appellant,           )
                                  )   Case No.: CV 625-016
vs.                               )
                                  )   Appeal No.: 25-11798
JACOB BEASLEY, Warden, et al.,    )
                                  )
    Defendants-Appellees.          )

O R D E R

The appeal in the above-styled action having been dismissed by 625-cr-16 the United States Court of Appeals for the Eleventh Circuit for want of prosecution,

**IT IS HEREBY ORDERED** that the mandate order of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

**SO ORDERED**, this 24th day of June 2025.

_____
HONORABLE J. RANDAL HALL, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA